

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-56,380-02

## Ex parte ANDREW WAYNE ROARK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### IN CAUSE NO. W99-02290-L(B)
### DALLAS COUNTY

**PER CURIAM.**

## O P I N I O N

We filed and set this application for writ of habeas corpus. Having received applicant's

motion to dismiss, we hereby dismiss the application.

Delivered: September 25, 2013
Do not publish